**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JOHN PATRICK WALSH, III, | : | No. 699 MAL 2016 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| DEPARTMENT OF HUMAN SERVICES, | : | |
| Respondent | : | |
| JOHN PATRICK WALSH, III, | : | No. 700 MAL 2016 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| DEPARTMENT OF HUMAN SERVICES, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 29th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.